UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FREDERICK RYDELL CARNEY,       )      NO. CV 09-6533-AHM(CT)
                               )
            Petitioner,        )
                               )      JUDGMENT
        v.                     )
                               )
KELLY HARRINGTON, Warden,      )
                               )
            Respondent.        )
_____)

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: February 4, 2010

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6